# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2024 WY 111

*October Term, A.D. 2024*

**November 6, 2024**

JOHN RICHARD LUKER,

Appellant
(Defendant),

v.                                                    S-24-0189

THE STATE OF WYOMING,

Appellee
(Plaintiff).

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶ 1]   **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief in the time allotted. Pursuant to a plea agreement, Appellant entered unconditional guilty pleas to two counts of sexual exploitation of children. Wyo. Stat. Ann. § 6-4-303(b)(ii). The district court imposed concurrent sentences of two to six years. Appellant filed this appeal to challenge the district court's May 23, 2024, Sentencing Order.

[¶ 2]   On August 28, 2024, Appellant's court-appointed appellate counsel filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief. This Court ordered that, on or before October 24, 2024, Appellant may file with this Court a *pro se* brief specifying the issues for the Court to consider in this appeal. This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal. Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶ 3]   Now, following a careful review of the record and the *Anders* brief submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's judgment and sentence should be affirmed. It is, therefore,

[¶ 4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant John Richard Luker, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶ 5]   **ORDERED** that the Carbon County District Court's May 23, 2024, Sentencing Order, be, and the same hereby is, affirmed.

[¶ 6]   **DATED** this 6th day of November, 2024.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**